957 A.2d 230

Melvin LINDSEY, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 87 EM 2008.

Supreme Court of Pennsylvania.

Sept. 24, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of September, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

957 A.2d 230

Tifphane RILEY, Petitioner

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF MOTOR VEHICLES, Respondent.

No. 86 EM 2008.

Supreme Court of Pennsylvania.

Sept. 24, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of September, 2008, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* and the Petition for Expedited Decision are **DENIED.**